COACH LINES COMPANY et al., Respondents, et al., Defendants. (Appeal No. 10.) [898 NYS2d 921]—Appeal from an order of the Supreme Court, Livingston County (Thomas M. Van Strydonck, J.), entered March 24, 2009 in an action for personal injury and wrongful death. The order granted the motion of defendants Erie Coach Lines Company, Coach Canada, Inc., Trentway-Wagar, Inc., and Ryan A. Comfort and determined that the law of Ontario, Canada concerning noneconomic damages applies to this action.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Butler v Stagecoach Group, PLC* (72 AD3d 1581 [2010]). Present—Scudder, P.J., Martoche, Green and Gorski, JJ.

■ SHEILA ELIZABETH EDWARDS, Individually, as Executrix of RICHARD F. EDWARDS, Deceased, and as Administratrix of the Estate of BRIAN EDWARDS, Deceased, et al., Appellants, v ERIE COACH LINES COMPANY et al., Defendants, and J&J TRUCKING et al., Respondents. (Appeal No. 11.) [899 NYS2d 698]—Appeal from an order of the Supreme Court, Livingston County (Thomas M. Van Strydonck, J.), entered March 24, 2009 in an action for personal injury and wrongful death. The order granted the motion of defendants J&J Trucking, J&J Hauling, Inc., Joseph R. French and Pamela Zeiset, as administratrix of the estate of Ernest D. Zeiset, Jr., deceased, and determined that the law of Ontario, Canada concerning noneconomic damages applies to this action.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Butler v Stagecoach Group, PLC* (72 AD3d 1581 [2010]). Present—Scudder, P.J., Martoche, Green and Gorski, JJ.

■ SHEILA ELIZABETH EDWARDS, Individually, as Executrix of RICHARD F. EDWARDS, Deceased, and as Administratrix of the Estate of BRIAN EDWARDS, Deceased, et al., Appellants, v ERIE COACH LINES COMPANY et al., Respondents, et al., Defendants. (Appeal No. 12.) [899 NYS2d 711]—Appeal from an order of the Supreme Court, Livingston County (Thomas M. Van Strydonck, J.), entered March 24, 2009 in an action for personal injury and wrongful death. The order granted the motion of defendants Erie Coach Lines Company, Coach Canada, Inc., Trentway-Wagar, Inc., and Ryan A. Comfort for summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs.

1590

Same memorandum as in *Butler v Stagecoach Group, PLC* (72 AD3d 1581 [2010]). Present—Scudder, P.J., Martoche, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMAICA NEWBERN, Appellant. (Appeal No. 1.) [899 NYS2d 722]— Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered March 16, 2009. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMAICA NEWBERN, Appellant. (Appeal No. 2.) [899 NYS2d 722]— Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered March 16, 2009. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUNIOR GAYLE, Also Known as ANTHONY GAYLE, Appellant. [899 NYS2d 722]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered December 2, 2008. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of marihuana in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE C. STEPHENS, Appellant. [899 NYS2d 722]—Appeal from a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered October 7, 2004. The judgment convicted defendant, upon his plea of guilty, of murder in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMANUEL P. GARZONE, Appellant. [899 NYS2d 722]—Appeal from a judgment of the Monroe County Court (Patricia D. Marks, J.), rendered April 10, 2007. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.